IDA KAPLAN, Respondent, v. 598 BROADWAY CORPORATION, Appellant.

(Argued June 1, 1933; decided July 11, 1933.)

*William Shankland Andrews, Enos S. Booth* and *Maxwell J. Kaplan* for appellant.

*Frank C. Laughlin* and *Joseph Zaretzki* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.